No. 90–813. HOUSTON LAWYERS' ASSN. ET AL. *v.* ATTORNEY GENERAL OF TEXAS ET AL.; and

No. 90–974. LEAGUE OF UNITED LATIN AMERICAN CITIZENS ET AL. *v.* ATTORNEY GENERAL OF TEXAS ET AL. C. A. 5th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 914 F. 2d 620.